UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH ANTHONY FAVORS, | Case No. 24-CV-3303 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER |
| COLLEEN DAVIS, et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 21, 2024, along with all the files and records, and no objections to said Recommendation having been filed, IT IS HEREBY ORDERED THAT:

1. The R&R [ECF No. 9] is ADOPTED.

2. Plaintiff's request for a temporary restraining order [ECF No. 1 at 34] is DENIED.

3. To the extent that plaintiff's complaint and memorandum [ECF Nos. 1, 3] reflect a request for a preliminary injunction, the request is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 20, 2024    s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court