**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joseph Anthony Favors,

    Plaintiff,

v.

Colleen Davis, et al.,

    Defendants.

Civil No. 24-cv-3303 (PJS/SGE)

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated December 18, 2024 (Dkt. No. 34), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Procedure 41(b) for failure to prosecute.

2. Defendant's Motion to Dismiss (Dkt. No. 26) and Plaintiff's Motion for Leave to Consolidate and Amend (Dkt. No. 35) are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 22, 2025

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota